**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7968**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

DANTE LAMONT JACKSON,

              Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Benson Everett Legg, District Judge. (1:03-cr-00489-BEL-1)

Submitted:  January 17, 2013        Decided:  January 25, 2013

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dante Lamont Jackson, Appellant Pro Se.   John Francis Purcell, Jr., Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dante Lamont Jackson appeals the district court's order denying his motions for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jackson</u>, No. 1:03-cr-00489-BEL-1 (D. Md. filed Oct. 26, 2012; entered Oct. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>